UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HENRY SCHEIN, INC., a Delaware corporation,<br><br>                Plaintiff,<br><br>v.<br><br>CRAIG HOLBROOK, HOLBROOK ENTERPRISES, LLC d/b/a GLOBAL MEDICAL & DENTAL, a Hawaii limited liability company, and PATTERSON DENTAL SUPPLY, INC., a Minnesota corporation,<br><br>                Defendants. | 09 CV 2769 (LDW) (AKT) |

**DECLARATION OF BRUCE E. FADER IN SUPPORT OF
PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION,
EXPEDITED DISCOVERY, AND A TEMPORARY RESTRAINING ORDER**

I, BRUCE E. FADER, under penalty of perjury, declare:

1. I am a Partner at the firm Proskauer Rose LLP, counsel for Plaintiff Henry Schein, Inc. ("Schein"). I am an active member in good standing of the bar of the State of New York and am admitted to practice in this Court. I make this declaration in support of Schein's Motion for a Preliminary Injunction, Expedited Discovery, and a Temporary Restraining Order.

**The Supporting Exhibits:**

2. Attached hereto as Exhibit A is a true and correct copy of Schein's Complaint, dated June 29, 2009.

3. Attached hereto as Exhibit B is a true and correct copy of Schein's First Set of Document Requests to Defendant Holbrook Enterprises, LLC d/b/a Global Medical & Dental, dated June 30, 2009.

4. Attached hereto as Exhibit C is a true and correct copy of Schein's First Set of Document Requests to Defendant Craig Holbrook, dated June 30, 2009.

5. Attached hereto as Exhibit D is a true and correct copy of Schein's First Set of Document Requests to Patterson Dental Supply, Inc., dated June 30, 2009.

6. Attached hereto as Exhibit E is a true and correct copy of Notice of Deposition to Craig Holbrook, dated June 30, 2009.

7. Attached hereto as Exhibit F is a true and correct copy of Notice of Deposition to Greg Goerke, dated June 30, 2009.

8. Attached hereto as Exhibit G is a true and correct copy of the 30(b)(6) Notice of Deposition of Holbrook Enterprises, LLC d/b/a Global Medical & Dental, dated June 30, 2009.

9. Attached hereto as Exhibit H is a true and correct copy of the 30(b)(6) Notice of Deposition of Patterson Dental Supply, Inc., dated June 30, 2009.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of June, 2009, New York, New York.

_____
Bruce E. Fader, Esq.